UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2018 ★
LONG ISLAND OFFICE

WILLIAM D. ECKHOFF, }
ON BEHALF OF HIMSELF AND }
ALL OTHERS SIMILIARLY SITUATED, }
}
        Plaintiff, }Civil Action, File No.
    v }2:17-cv-00231-SJF-SIL
}
CREDIT CONTROL, LLC, }
}
        Defendant. }

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

_/s/Mitchell L. Pashkin, Esq._
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

MAURICE WUTSCHER, LLP
Attorneys for Defendant Credit Control, LLC
By: _/s/ Thomas R. Dominczyk_
Thomas R. Dominczyk
5 Walter E. Foran Blvd. Suite 2007
Flemington, NJ 08822
(908) 237-4550
tdominczyk@mauricewutscher.com

The Clerk of the Court shall close this case.
So Ordered.
4/13/18
s/ Sandra J. Feuerstein
U.S.D.J.